ORIGINAL

RUSH MOORE LLP
A Limited Liability Law Partnership

CHERYL A. NAKAMURA          3007-0
737 Bishop Street, Suite 2400
Honolulu, Hawaii  96813-3862
Telephone No.: (808) 521-0400
Email: cnakamura@rmhawaii.com

Attorney for Defendants
TRUSTEES OF THE ESTATE OF BERNICE
PAUAHI BISHOP aka THE KAMEHAMEHA
SCHOOLS, ROBERT K.U. KIHUNE and
NATHAN T.K. AIPA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 18 2008

at __ o'clock and __ min __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RANDALL O. CHANG,<br><br>        Plaintiff,<br><br>v.<br><br>KAMEHAMEHA SCHOOLS, BERNICE PAUAHI BISHOP ESTATE; ROBERT K.U. KIHUNE; AND NATHAN T.K. AIPA,<br><br>        Defendants. | CIVIL NO. 00-00302 HG/BMK<br><br>DEFENDANTS' SATISFACTION OF JUDGMENT AGAINST PLAINTIFF RANDALL O. CHANG RE: (1) BILL OF COSTS FILED ON DECEMBER 17, 2001, (2) ORDER ADOPTING MAGISTRATE JUDGE'S REPORT OF SPECIAL MASTER ON DEFENDANTS' MOTION FOR AWARD OF ATTORNEYS' FEES FILED ON OCTOBER 31, 2002 and (3) AMENDED JUDGMENT IN A CIVIL CASE FILED ON JULY 25, 2003 and CERTIFICATE OF SERVICE |

DEFENDANTS' SATISFACTION OF JUDGMENT AGAINST PLAINTIFF
RANDALL O. CHANG RE: (1) BILL OF COSTS FILED ON
DECEMBER 17, 2001, (2) ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT OF SPECIAL MASTER ON DEFENDANTS' MOTION
FOR AWARD OF ATTORNEYS' FEES FILED ON OCTOBER 31, 2002
and (3) AMENDED JUDGMENT IN A CIVIL CASE FILED ON JULY 25, 2003

Defendants/Judgment Creditors TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP also known as KAMEHAMEHA SCHOOLS, identified in the caption as KAMEHAMEHA SCHOOLS, BERNICE PAUAHI BISHOP ESTATE; ROBERT K.U. KIHUNE and NATHAN T.K. AIPA (collectively Defendants), by their undersigned attorney, hereby give notice that the amounts awarded in favor of Defendants and against Plaintiff RANDALL O. CHANG as set forth in:

(1) the Bill of Costs filed on December 17, 2001,

(2) the Report of Special Master on Defendants' Motion for Award of Attorneys' Fees filed September 9, 2002 and Order Adopting Magistrate Judge's Report of Special Master on Defendants' Motion for Award of Attorneys' Fees filed on October 31, 2002, recorded in the Bureau of Conveyances of the State of Hawaii on May 7, 2003 as Document Nos. 2003-085935 thru 2003-085936, and in the Office of the Assistant Registrar of the Land Court of the State of Hawaii on November 23, 2005 as Document No. 3358911, duly noted on Transfer Certificate of Title No. 517,228, and

(3) the Amended Judgment in a Civil Case filed on July 25, 2003,

and have been satisfied based upon payment to Defendants

2

Satisfaction of Judgment.doc

pursuant to agreement of the parties.

    Dated:    Honolulu, Hawaii, _August 18, 2008_.

_/s/ Cheryl A. Nakamura_
CHERYL A. NAKAMURA
Attorney for Defendants
TRUSTEES OF THE ESTATE OF BERNICE
PAUAHI BISHOP aka THE KAMEHAMEHA
SCHOOLS, ROBERT K.U. KIHUNE and
NATHAN T.K. AIPA

AGREED:

TRUSTEES OF THE ESTATE OF BERNICE
PAUAHI BISHOP aka THE KAMEHAMEHA
SCHOOLS, identified in the caption as
KAMEHAMEHA SCHOOLS, BERNICE PAUAHI
BISHOP ESTATE; ROBERT K.U. KIHUNE
and NATHAN T.K. AIPA,
Defendants/Judgment Creditors

By _/s/ Louanne K. K. Kam_
  Title: LOUANNE KAM, Sr. Counsel

Satisfaction of Judgment.doc

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I caused a file-marked copy of the foregoing document to be served on the following by U.S. mail, postage prepaid upon filing:

    RANDALL O. CHANG
    2718 Tantalus Drive
    Honolulu, Hawaii 96813-1203

Dated:    Honolulu, Hawaii, August 18, 2008.

_____
CHERYL A. NAKAMURA
Attorney for Defendants
TRUSTEES OF THE ESTATE OF BERNICE
PAUAHI BISHOP aka THE KAMEHAMEHA
SCHOOLS, ROBERT K.U. KIHUNE and
NATHAN T.K. AIPA